AO 247 (03/20/08) Order Regarding Motion for Sentence Reduction

Revised 3/20/08

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:07-CR-125 |
| | § | |
| JAMON EARL JAMES LEE | § | USM  No.  13609-078 |
| | § | Defendant's Attorney:   Pro Se |

**Date of Previous Judgment**: April 7, 2008
(Use Date of Last Amended Judgment, if Applicable)

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. §3582(c)(2)

Upon motion of ■ the defendant □ the Director of the Bureau of Prisons □ the Court under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and  made  retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ■ **DENIED**.      □ **GRANTED**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any Departures)

Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____          Criminal History Category: _____
Previous Guideline Range: _____ months          Amended Guideline Range:_____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
□ The reduced sentence is within the amended guideline range.
□ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
□ Other.  (**explain**):

**III.  ADDITIONAL COMMENTS**

The defendant pled guilty to Count IV of the Indictment, 18 U.S.C. § 922(g)(1).  Defendant relies on Amendment 599 of the Sentencing Guidelines for the proposition that he is entitled to a reduction in his sentence.  Because Amendment 599 does not apply to 18 U.S.C. § 922(g)(1), the defendant is not eligible for a reduction under 18 U.S.C. § 3582(c)(2).  Moreover, Defendant's sentence was not based on a sentencing range that was subsequently lowered by the Amendment.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 1st day of February, 2010.


_Marcia A. Crone_
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE